Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. B-16-108-MJ | |
| Juan SANCHEZ | ) | |
| Defendant(s) | ) | |

United States District Court
Southern District of Texas
FILED

JAN 2 6 2016

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 01/25/2016 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section(s) 841 and 846. | knowingly and intentionally possess with intent to distribute approximately 11.90 kilograms of cocaine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 11.90 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On January 25, 2016, Juan SANCHEZ attempted to enter the United States via the Gateway International Bridge in Brownsville, Texas in a 2003 Ford Explorer, bearing Texas license plates. At primary inspection, SANCHEZ gave a negative declaration for any contraband, at which time SANCHEZ was referred to secondary inspection. Upon further inspection of the vehicle, eleven (11) packages were discovered in the rear compartment of the vehicle. The eleven (11) packages were found to contain a white powdery substance which field tested positive for the properties of cocaine and weighed approximately 11.90 kilograms.

SANCHEZ subsequently admitted to knowledge of narcotics present in his vehicle and stated he was to be paid upon delivery of the narcotics.

_____
Complainant's Signature

Rolando Gomez    Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

January 26, 2016
_____
Date

_____
Judge's Signature

Brownsville, Texas
_____
City and State

Ignacio Torteya III    U.S. Magistrate Judge
_____
Printed name and title