| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate, Location (City)

**OFFENSE CHARGED**

knowingly and intentionally possess with intent to distribute approximately 11.90 kilograms of cocaine, a schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 11.90 kilograms of cocaine, a schedule II controlled substance.

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

Place of offense: Brownsville, Texas

U.S.C. Citation: 21 USC 841 & 21 USC 846

Southern District of Texas
Ignacio Torteya III, U.S. Magistrate Judge
Brownsville, Texas

B-16-108-MJ

**DEFENDANT - U.S. vs.**
Juan SANCHEZ

United States District Court
Southern District of Texas
FILED
JAN 2 6 2016
David J. Bradley, Clerk of Court

Address

Birth date _____ (Optional unless a juvenile)
[X] Male   [ ] Alien
[ ] Female   (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U. S. Att'y   [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Rolando Gomez
Special Agent
[ ] U. S. Att'y   [ ] Other U. S. Agency

Name of Asst. U.S. Att'y (if assigned)

**DEFENDANT**

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction
  [ ] Fed'l   [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?
[ ] Yes
[X] No
If "Yes" give date filed

DATE OF ARREST: Mo. Day Year — January 25, 2016
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY: Mo. Day Year

[ ] This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS