UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Criminal No. |
| Juan Sanchez | § | 1:16-108-MJ |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing was held on **January 29, 2016.** Defendant, his counsel and counsel for the government were present.

This Court adopts the assessment of non-appearance and the assessment of danger as listed in the Pretrial Service report and finds that short of detention there is no condition or combination of conditions that would reasonably assure the Defendants appearance at further court proceedings.

In support of the above conclusion, this Court files the following findings which it considers as established by clear and convincing evidence that:

1. The defendant is a risk of flight **due to the nature of the offense and criminal history, which reflects a 2004 conviction for possession of marihuana;**
2. The defendant has a **strong ties and travel to Mexico;** and
3. The **evidence presented has not overcome the presumption of dangerousness and flight risk** that arises in this case.

Because of the foregoing, it is ORDERED that defendant be detained without bond pending trial.

The defendant is committed to the custody of the Attorney General or her/his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done at Brownsville, Texas this 29th day of January, 2016.

_____
Ignacio Torteya, III
United States Magistrate Judge